JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCS LOGISTICS, INC., et al., | Case No. CV 24-1652 FMO (RAOx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ART & SON TRUCKING, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment ("Order"), IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiffs and against defendant Art & Son Trucking, Inc. ("Art & Son").

2. Art & Son shall pay plaintiffs the total amount of **$72,629.15**.

3. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 27th day of December, 2024.

/s/
Fernando M. Olguin
United States District Judge